### WATERMAN *v.* GLISSON.

SIMMONS, C. J. 1. Where suit for breach of a warranty was brought against a partnership alleged to be composed of three persons, and one of them filed a plea in his individual capacity, denying that he as an individual ever made the warranty sued on, but not denying that he was a member of the partnership or showing facts which would relieve the partnership of liability, such plea was properly stricken on motion.

2. It was not error to reject an unsworn amendment to such plea, denying the existence of the partnership and the pleader's membership therein. Civil Code, § 2637.

3. Under the act creating the city court of Bainbridge, it is not necessary to take the verdict of a jury except where a jury is demanded, even though the suit be for unliquidated damages.

4. A count in a declaration, alleging in substance that the defendant had acted in bad faith and had been stubbornly litigious and had caused the plaintiff unnecessary trouble and expense, may be joined with a count on breach of warranty ; and if the amounts claimed in the two counts aggregate more than fifty dollars, this will, as against a motion in arrest of judgment, give jurisdiction of the suit to a court having jurisdiction only of suits for more than fifty dollars.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 11, 1902.

Action for breach of warranty. Before Judge Bower. City court of Bainbridge. November 11, 1901.

*Donalson & Fleming,* for plaintiff in error.
*Bower & Bower,* contra.